UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,
*ex rel.* DAVID REED

               Plaintiffs,

vs.

GARBER MANAGEMENT GROUP, INC.,

               Defendant.

_____/

Civil Action No: 24-cv-13126

HON. THOMAS L. LUDINGTON
Magistrate Judge Patricia T. Morris

## ORDER OF DISMISSAL

The United States having intervened in this action for settlement purposes pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), and the United States and Relator David Reed ("Relator") having submitted their Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), 31 U.S.C. § 3730(b)(1), and in accordance with the terms and conditions of a Settlement Agreement fully executed on or about December 29 , 2025, by the United States, Relator, and Garber Management Group, Inc. ("Garber Management"), and for good cause shown,

**IT IS HEREBY ORDERED** that the claims asserted by Relator in this case for the United States and against Garber Management are **DISMISSED WITH PREJUDICE** as to both the United States and the Relator.

**IT IS HEREBY ORDERED** that the Relators' Complaint (ECF No. 1, PageID.1-19), the United States' Notice of Election to Intervene (ECF No. 17), the Joint Stipulation for Dismissal (ECF No. 18) and this Order be unsealed.

**IT IS FURTHER ORDERED** that all other contents of the Court's file in this action, filed and lodged to date, shall remain under seal and not be made public or served upon the defendants or any other person, including but not limited to any application filed by the United States for an extension of the sixty-day investigative period, and supporting papers, because 31 U.S.C. § 3730(b)(3) expressly authorizes these in camera filings for the sole purpose of discussing the content and extent of the United States' investigation, and thereby, enabling the Court to evaluate whether good cause exists to extend the seal and time for making an election to intervene.

**IT IS FURTHER ORDERED** that the parties shall bear their own fees, costs, and expenses, except as specified in Paragraph 3 of the Settlement Agreement.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to close this case.

## IT IS SO ORDERED.

**This is a final order and closes the case.**

Dated: February 9, 2026                    s/Thomas L. Ludington
                                           THOMAS L. LUDINGTON
                                           United States District Judge